\*\*Original filed 3/7/07\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY BUSCH, | ) | No. C 06-6271 JF (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| A.P. KANE, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion to proceed in forma pauperis. On October 19, 2006, the Court denied Petitioner's motion to proceed in forma pauperis and ordered Petitioner to pay the $5.00 filing fee within thirty days. The Court notified Petitioner that failure to pay the filing fee would result in the Court dismissing the case without prejudice for failure to pay the filing fee. As of the date of this order, Petitioner has not communicated with the Court, nor paid the filing fee. Accordingly, the instant petition is DISMISSED without prejudice for failure to pay the filing fee.

IT IS SO ORDERED.

Dated: 3/7/07

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\hc.06\Busch271dis       1

A copy of this order was mailed to the following:

Timothy Busch
E-14667
Correctional Training Facility
P.O. Box 689
Soledad, CA  93960-0689

Order of Dismissal
P:\pro-se\sj.jf\hc.06\Busch271dis           2