**Original filed 4/24/07**

1
2
3
4
5
6
7
8

NOT FOR CITATION

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
12

TIMOTHY BUSCH,                              )        No. C 06-6271 JF (PR)
                                            )
13
                        Petitioner,         )        ORDER GRANTING
                                            )        PETITIONER'S MOTION FOR
14
        vs.                                 )        RECONSIDERATION;
                                            )        VACATING JUDGMENT AND
15
                                            )        RE-OPENING CASE
16
A.P. KANE,                                  )
                                            )
17
                        Respondent.         )
_____          )        (Docket No. 6)
18

19          On October 20, 2006, the Court denied Petitioner's motion to proceed in forma

20   pauperis and directed Petitioner to pay the $5.00 filing fee within thirty days.  On March

21   7, 2007, the Court dismissed the instant habeas action for failure to pay the filing fee.  On

22   March 30, 2007, Petitioner filed a motion for reconsideration stating that he had paid the

23   filing fee in December 2006.  Petitioner's December 6, 2007 receipt showing payment of

24   the $5.00 filing fee did not appear on the Court's docket until April 2007.

25          The Court concludes that Petitioner has shown good cause to support his motion

26   for reconsideration.  Accordingly, Petitioner's motion for reconsideration (docket no. 6) is

27   GRANTED.

28   \\\

1    The judgment entered on March 7, 2007 (docket no. 5)  is VACATED.  The Clerk shall

2    REOPEN the file.  The Court will review the instant habeas petition in a separate written

3    order.

4            IT IS SO ORDERED.

5    Dated:  ___ 4/24/07 _____                    _____

6                                                    JEREMY FOGEL
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    A copy of this order was mailed to the following:

2

3    Timothy Busch
     E-14667
     Correctional Training Facility
4    P.O. Box 689
     Soledad, CA  93960-0689
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Petitioner's Motion for  Reconsideration; Vacating Judgment and Re-opening Case
P:\pro-se\sj.jf\hc.06\Busch271reopen                      3