IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **TIMOTHY BUSCH,** | No. C 06-6271 JF (PR) |
| Petitioner, | [~~PROPOSED~~] ORDER |
| **v.** | |
| **A.P. KANE,** | |
| Respondent. | |

This Court considered Respondent's Request for an Extension of Time to Respond to Petition, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time is **GRANTED**. Respondent shall respond to the petition by **August 14, 2007.** If Petitioner wishes to respond to the Respondent's response, he shall file and serve a response within thirty days of receiving Respondent's response.

Dated: __6/26/07__

JEREMY FOGEL
United States District Judge